able within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–778. IN RE DISBARMENT OF SHULTZ. It is ordered that H. Barry Shultz, of Old Bridge, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–779. IN RE DISBARMENT OF LAMPERT. It is ordered that Irving B. Lampert, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–780. IN RE DISBARMENT OF HAYES. It is ordered that Thomas Michael Hayes, Jr., of St. Louis, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–781. IN RE DISBARMENT OF BLACK. It is ordered that Larry Thomas Black, of Telluride, Colo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–6997. CARELLA v. CALIFORNIA. App. Dept., Super. Ct. Cal., Los Angeles County. [Probable jurisdiction noted, 488 U. S. 940 and 964.] Motion of American Rental Association for leave to file a brief as amicus curiae granted.

No. 88–124. BREININGER v. SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION NO. 6. C. A. 6th Cir. [Certiorari granted, 489 U. S. 1009.] Motion of Association for Union Democracy et al. for leave to file a brief as amici curiae granted.

No. 88–309. WYOMING v. UNITED STATES ET AL. Sup. Ct. Wyo. [Certiorari granted, 488 U. S. 1040.] Motion of respondents Bradford Bath et al. for divided argument and for additional time for oral argument denied.